**IT IS SO ORDERED.**

Dated: 10:26 AM April 06 2006

MARILYN SHEA-STONUM
U.S. Bankruptcy Judge

200605243
(jschatz)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AT AKRON

| | | |
|---|---|---|
| IN RE: | : | Case No. 05-55009 |
| Gary Wassam, Jr. | : | Chapter 13<br>Judge Shea-Stonum |
| | : | |
| Debtor | : | |
| | : | **AGREED ORDER FOR** |
| | : | **RELIEF FROM STAY** |

This matter came to be considered on the Motion for Relief From Stay (the "Motion") filed by Mortgage Electronic Registration Systems, Inc. as nominee for Wells Fargo Home Mortgage, Inc. ("Movant").

Movant has alleged that good cause exists for granting the Motion and that Debtor, counsel for

Debtor, the Chapter 13 Trustee, and all other necessary parties were served with this Motion and with notice of the hearing date for this Motion; and

The parties have entered into an agreement resolving the Motion, **the terms of which are set forth as follows: The post-petition arrearage due as of March 31, 2006, is $2,091.86, which amount consists of 1 payment for 1/06 at $467.56, 2 payments (2/06 through 3/06) at $435.91 each, late charges at $102.48, and $650.00 for attorney fees and costs incurred herein.**

**In order to partially cure said post-petition arrearage, Creditor is permitted to file a Supplemental Proof of Claim in the amount of $650.00, thereby reducing the arrearage to $1,441.86. In order to partially eliminate said post-petition arrearage, the debtor has tendered the sum of $435.91, receipt of which is hereby acknowledged by Creditor, thereby reducing said arrearage to $1,005.95. In order to cure remaining arrears of $1,005.95, Debtor(s) agree to make the following lump sum payments to Movant in the form of certified funds on or before the dates specified herein as follows:**

    a.    **$167.70 on or before April 15, 2006;**
    b.    **$167.65 on or before May 15, 2006;**
    c.    **$167.65 on or before June 15, 2006;**
    d.    **$167.65 on or before July 15, 2006;**
    e.    **$167.65 on or before August 15, 2006; and**
    f.    **$167.65 on or before September 15, 2006.**

**Said lump sum payments are in addition to the regular monthly mortgage payments due and owing for said months. All payments shall be tendered to:**

                      Wells Fargo Bank, N.A.
                      PO Box 14544
                      Des Moines, IA 50306-3542

**This payment address is subject to change.**

**Failure by the Debtor(s) to make any payment described above shall constitute a default.**

**IT IS THEREFORE, ORDERED:**

1. The Debtor shall maintain regular monthly post-petition payments to Movant outside the Chapter 13 plan beginning with a payment due April 1, 2006. Failure by the Debtor to make any payment within **30** days of the date due shall constitute a default.

2. Upon the existence of a default, Movant's counsel may send Debtor and counsel for Debtor a 10-day notice of Movant's intent to file an affidavit and proposed order granting relief from stay.

3. If the default is not cured within that 10-day period, then upon the filing of an affidavit by Movant attesting to the default by the Debtor, an Order shall be entered without further hearing, terminating

the stay imposed by Section 362(a) of the Bankruptcy Code with respect to Movant, its successors and assigns.

###

SUBMITTED BY:

/s/ Jon J. Lieberman, Case Attorney
LERNER, SAMPSON & ROTHFUSS
Ohio Supreme Court #0058394
Romi T. Fox, Attorney
Ohio Supreme Court #0037174
A Legal Professional Assoc.
P.O. Box 5480
Cincinnati, Ohio 45201-5480
(513) 241-3100 ext. 3287
(513) 354-6464 fax
nohbk@lsrlaw.com

Attorneys for Movant,
Mortgage Electronic Registration Systems, Inc.

/s/ Robert Whittington, Case Attorney
Ohio Supreme Court #0007851
159 S. Main Street
Key Building #1023
Akron, Ohio 44308
(330) 384-8484

Attorney for Debtor,
Gary Wassam, Jr.

/s/ Jerome L. Holub, Trustee
One Cascade Plaza
Suite 2020
Akron, OH 44308

COPIES TO:

Gary Wassam, Jr.
934 Harrison Avenue
Akron, OH 44314

Robert Whittington, Jr.
159 S Main St
Key Building
#1023
Akron, OH 44308

Jerome L. Holub, Trustee
One Cascade Plaza
Suite 2020
Akron, OH 44308

Office of the U.S. Trustee
Howard Metzenbaum U.S. Courthouse
201 Superior Avenue
Cleveland, OH 44114

Jon J. Lieberman, Esq.
LERNER, SAMPSON & ROTHFUSS
P.O. Box 5480
Cincinnati, Ohio 45201-5480