THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

IN RE: ) CHAPTER 13
) CASE NO: **05-55009**
**GARY WAYNE WASSAM JR** )
) MARILYN SHEA-STONUM
Debtor(s) ) BANKRUPTCY JUDGE
)
) TRANSMITTAL OF UNCLAIMED FUNDS

••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

Keith L. Rucinski, Standing Chapter 13 Trustee, reports the following:

1. In the above captioned case, the Trustee has made a distribution to the following creditor(s):

    **SUMMA HEALTH SYSTEM**
    **Check No. 757915**
    **Claim #006**

    However, either the check has been returned to the Trustee or a stop payment has been issued by the Trustee due to creditor's failure to negotiate the check

2. The Chapter 13 Trustee is hereby enclosing a check in the amount of **$.20** payable to the Clerk of the United States Bankruptcy Court for deposit in the Court's depository account.

Date: **12/13/2010**

Keith L. Rucinski, Chapter 13 Trustee
Ohio Reg. No. 0063137
Joseph A. Ferrise, Staff Attorney
Ohio Reg. No. 0084477
One Cascade Plaza, Suite 2020
Akron, OH 44308
Phone: 330.762.6335
Fax: 330.762.7072
krucinski@ch13akron.com
jferrise@ch13akron.com

*[Handwritten: ck # 768396, receipt # 82002]*

CHAPTER 13
Keith L. Rucinski
Trustee
1 Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072
Email
rucinski@ch13akron.com

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent to:

**GARY WAYNE WASSAM JR**
**934 HARRISON**
**AKRON, OH 44314**
**(Via Regular Mail)**


**ROBERT M WHITTINGTON** (via ECF)

**SUMMA HEALTH SYSTEM**
**525 E MARKET STREET**
**PO BOX 3540**
**AKRON, OH 44304**
**(via Regular Mail)**

Date of Service: **12/13/2010**     By: **JoAnn Romig**
                                    Office of the Chapter 13 Trustee

CHAPTER 13
Keith L. Rucinski
Trustee
1 Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072
Email
rucinski@ch13akron.com